IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA
Plaintiff

vs                                                                          CRIMINAL 12-0363CCC

ANTOINE VEGA-SALGADO
Defendant

**ORDER**

Having considered the Report and Recommendation filed on October 24, 2012 (**docket entry 29**) on a Rule 11 proceeding of defendant Antoine Vega-Salgado held before U.S. Magistrate Judge Camille L. Vélez-Rivé on October 10, 2012, to which no objection has been filed, the same is APPROVED. Accordingly, the plea of guilty of defendant is accepted. The Court FINDS that his plea was voluntary and intelligently entered with awareness of his rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since October 10, 2012. The **sentencing hearing is set for January 31, 2013 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on November 15, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge